UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>J. CHAN, et al.,<br><br>          Defendants. | No.  2:16-cv-1536 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff failed to sign and date the application.  In addition, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

Moreover, plaintiff failed to date and sign the civil rights complaint.  Plaintiff is required to sign and date all pleadings.  Fed. R. Civ. P. 11.  The Clerk of the Court is directed to send plaintiff a copy of page 6 of the complaint.  Plaintiff will be provided an opportunity to submit a signed and dated page 6 of the complaint to be interlineated into his pleading.  Plaintiff is cautioned that failure to comply with this order will result in the dismissal of this action.

////

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with a copy of the in forma pauperis application used by this court, and a copy of page six of the complaint (ECF No. 1 at 6); and

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application, and a signed and dated page 6 of the complaint. Plaintiff's failure to comply with this order will result in the dismissal of this action without prejudice.

Dated: July 15, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kly/cw;john1536.3c