UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CHAU, M.D., et al.,<br><br>    Defendants. | No. 2:16-cv-1536 JAM KJN P<br><br><br>ORDER |

On December 13, 2017, a settlement conference was held, and the parties reached a verbal settlement, as stated on the court record, subject to plaintiff's approval by December 27, 2017. (ECF No. 30.) However, on December 26, 2017, plaintiff filed a notice of his rejection of the settlement offer. (ECF No. 31.) Therefore, the case has not settled, and the stay of this action is lifted.

On April 12, 2017, the U.S. Marshal was ordered to serve defendants Chau, Pettersen, Rudas, and Smith. On June 19, 2017, defendants Chau, Smith, and Rudas filed an answer. (ECF No. 17.) Defendant Pettersen has not filed an answer. After this case was stayed, defendant Pettersen's waiver of service of summons, signed by defendants' counsel on June 23, 2017, was filed with the court by the U.S. Marshal. (ECF No. 20 at 3.) Defendant Pettersen is directed to file a responsive pleading, at which time the court will issue a discovery and scheduling order.

////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, defendant Pettersen shall file a responsive pleading.

Dated: January 4, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/john1536.lft