UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> J. CHAU, et al., <br><br> Defendants. | No. 2:16-cv-1536 JAM KJN P <br><br><br> ORDER |

Plaintiff filed a motion for extension of time to file and serve a reply to defendants' November 13, 2018 opposition to plaintiff's October 22, 2018 motion to compel discovery. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 52) is granted; and
2. Plaintiff shall file and serve his reply on or before December 30, 2018.

Dated: November 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john1536.36